UNITED STATES DISTRICT COURT SDNY
FOR THE SOUTHERN DISTRICT OF NEW YORK

ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/13/20

In Re: Tribune Company Fraudulent Conveyance Litigation

| | |
|---|---|
| Deutsche Bank Trust Company Americas, et al. ) | Civil Action No. 1:11-cv-09514 (DLC) |
| *Plaintiffs* ) | |
| v. ) | Granted. |
| Associated Bank Green Bay, NA, et al. ) | *Denise Cote* |
| *Defendants.* | 1/13/20 |

**NOTICE OF MOTION AND MOTION TO DISMISS MARK FOLEY AS COUNSEL**

Mark F. Foley of von Briesen & Roper, s.c. is currently the attorney of record for Lloyd Van Antwerpen (deceased). Lloyd Van Antwerpen's (deceased) claims have been resolved and have been dismissed from this case. Pursuant to Local Rule 1.4, the undersigned hereby respectfully requests that he be permitted to withdraw as an attorney of record in this case and that he be removed from all service lists and from CM/ECF noticing. Mr. Foley is not asserting a retaining or charging lien.

WHEREFORE, Attorney Mark F. Foley respectfully requests that this Court grant his motion to withdraw as an attorney of record.

Dated: February 15, 2019

Respectfully submitted,

*Electronically signed by Mark F. Foley*
Mark F. Foley
WI State Bar ID No. 1005627
von Briesen & Roper, s.c.
411 East Wisconsin Avenue, Suite 1000
Milwaukee, WI 53202
mfoley@vonbriesen.com
Tel.: 414-276-1404
Fax: 414-238-6520

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In Re: Tribune Company Fraudulent Conveyance
Litigation

---

| | |
|---|---|
| Deutsche Bank Trust Company Americas, et al. ) | |
| ) | Civil Action No. 1:11-cv-09514 (DLC) |
| *Plaintiffs* ) | |
| ) | |
| v. ) | |
| ) | |
| Associated Bank Green Bay, NA, et al. ) | |
| *Defendants.* | |

**ORDER GRANTING MOTION TO DISMISS MARK FOLEY AS COUNSEL**

**IT IS HEREBY ORDERED:** Attorney Mark F. Foley's request to withdraw as attorney of record for Lloyd Van Antwerpen (deceased) is granted.

**DATED** this _____ day of February, 2019.

**BY THE COURT:**

_____

32679475_1.DOCX